## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Azrack      **DATE:** 1/27/12

**DOCKET NUMBER:** 12 - 35M      **LOG #:** 11:26 - 11:28

**DEFENDANT'S NAME:** Roody Posy

___ Present   ✓ Not Present   ___ Custody   ✓ Bail

**DEFENSE COUNSEL:** Michelle Gelernt

✓ Federal Defender   ___ CJA   ___ Retained

**A.U.S.A:** _____   **DEPUTY CLERK:** _____

**INTERPRETER:** _____ (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

**✓** Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.  *Gina Posy*

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start ___   Stop ___

___ Order of Speedy Trial entered.   Code Type ___   Start ___   Stop ___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** _____